# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 57TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on December 17, 2014, the cause upon appeal to revise or reverse your judgment between

Christopher Casals and Eric Jones, Appellant

V.

City of San Antonio, Mayor Julian Castro, in his official capacity, and Fire Chief Charles N. Hood, Appellee

No. 04-14-00573-CV and Tr. Ct. No. 2010-CI-18854

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the Joint Motion to Dismiss Appeals is GRANTED, and this appeal and cross-appeal are DISMISSED. Costs of appeal are taxed against the parties who incurred them.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on February 17, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00573-CV

## Christopher Casals and Eric Jones

### v.

## City of San Antonio, Mayor Julian Castro, in his official capacity, and Fire Chief Charles N. Hood

(NO. 2010-CI-18854 IN 57TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | FLOYD CONTRERAS |
| MOTION FEE | $10.00 | E-PAID | FLOYD CONTRERAS |
| MOTION FEE | $10.00 | E-PAID | JACQUELINE M STROH |
| REPORTER'S RECORD | $0.00 | PAID | |
| REPORTER'S RECORD | $210.00 | PAID | N/A |
| INDIGENT | $25.00 | PAID | JACQUELINE M. STROH |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | JACQUELINE M. STROH |
| STATEWIDE EFILING FEE | $20.00 | PAID | JACQUELINE M. STROH |
| FILING | $100.00 | PAID | JACQUELINE M. STROH |
| REPORTER'S RECORD | $1,560.00 | PAID | RON PRINCE - PLAINTIFFS |
| FILING | $100.00 | E-PAID | RONALD PRINCE |
| INDIGENT | $25.00 | E-PAID | RONALD PRINCE |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | RONALD PRINCE |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | RONALD PRINCE |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this February 17, 2015.



**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853